IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SEAN D. GOINS,                          :
        Petitioner               :
    v.                                  : Civil Action No. 05-466J
JOHN YOST, WARDEN,                      :
F.C.I. LORETTO,                         :
        Respondent               :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for a Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 30, 2006, docket no. 2, recommending that the petition for a writ of habeas corpus be summarily denied without service.

The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had ten days to serve and file written objections to the Report and Recommendation. Petitioner filed a motion for extension of time to file objections, docket no. 3, which was denied. No objections have been filed, and the time to do so has expired.

After review of the record of this matter, together with the Report and Recommendation, and noting the absence of timely objections thereto, the following order is entered:

AND NOW, this 24th day of July, 2006, it is

ORDERED that the petitioner's petition for a writ of habeas corpus is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to:
    Sean D. Goins #08071-067
    F.C.I. Loretto
    P.O. Box 1000
    Loretto, PA 15940